SHERMAN M. SPITZ, SBN 082944
LANCE A. LaBELLE, SBN 116835
RYAN C. TULEY, SBN 198249
BERGER KAHN
A Law Corporation
Mail Service:
  Post Office Box 19694
  Irvine, CA  92623-9694
Location:
  2 Park Plaza, Suite 650
  Irvine, California 92614-8516
Tel:  (949) 474-1880 • Fax:  (949) 474-7265

Attorneys for Defendants
CONTINENTAL CASUALTY COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SMITH, FERNANDEZ A. SMITH, AND THE ESTATE OF BONNIE JOYCE SMITH,<br><br>         Plaintiffs,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>         Defendants. | CASE NO. 02-5431 OWW SMS<br>Complaint Filed:  4/19/02<br><br>[Assigned to Honorable Oliver W. Wanger, Courtroom 2]<br><br>**STIPULATION AND ORDER CONTINUING TRIAL, THE PRE-TRIAL CONFERENCE AND THE EXPERT DISCOVERY CUT-OFF** |

Stipulation re Pre-trial Conference & Discovery Cut-off Continuance

**RECITALS**

Whereas, trial in this matter is set for September 13, 2005, with a pre-trial conference scheduled for July 18, 2005;

The cut-off for expert discovery is currently June 30, 2005;

Recently, the parties were able to complete several depositions, including the depositions of Plaintiff Fernandez Smith and the wife of Plaintiff Steven Smith;

During the course of these depositions, further information was obtained which Defendant Continental Casualty Company believes necessitates four additional depositions (specifically, the depositions of John Gordon, Susan Hall, and representatives of the Mechanic's Bank and the Benicia California Housing Authority);

In addition, Plaintiffs believe it may be necessary to take the deposition of Sharon Williams of Air Ride, Inc. (decedent Bonnie Smith's former employer);

The parties agree that these depositions should go forward prior to the expert depositions in this case;

However, in light of the schedules of these third-party witnesses and the schedules of the involved counsel, the parties do not anticipate being able to complete these depositions before July 22, 2005;

Consequently, the parties believe this matter can be more efficiently and economically litigated if trial, the expert discovery cut-off and the pre-trial conference are continued approximately 60 days;

BERGER KAHN
*A Law Corporation*

PDF created with pdfFactory trial version www.pdffactory.com

1   The Parties have met and conferred regarding trial
2 availability and counsel are available for trial during the
3 last week of November and the first two weeks of December
4 2005.

5                          **STIPULATION**

6   IT IS THEREFORE STIPULATED by and between the parties,
7 through their respective counsel of record, that:

8   1.   The June 30, 2005 expert discovery cut-off date be
9 continued August 30, 2005;

10   2.   The July 18, 2005 pre-trial conference and the
11 September 13, 2005 trial be continued approximately 60
12 days.

13
14 DATED: June ___, 2005          BERGER KAHN, A Law Corporation
15
16                                By:_____
17                                   SHERMAN M. SPITZ
                                    LANCE A. LaBELLE
18                                  RYAN C. TULEY
19                                  Attorneys for Defendant
                                    CONTINENTAL CASUALTY CO.
20
21
   DATED: June__, 2005
22                                GREENE, BROILLET & WHEELER, LLP
23
24
                                  By:_____
25                                   MARK T. QUIGLEY
                                     Attorneys for Plaintiffs
26
27
28 IC/CNA/SMITH/34623/STIP 6/05

                                  2
   Stipulation re Pre-trial Conference & Discovery Cut-off Continuance

BERGER KAHN
*A Law Corporation*

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that:

1. The expert discovery cut-off date is continued from June 30, 2005 to August 30, 2005;

2. The pre-trial conference is continued from July 18, 2005 to September 12, 2005, at 11:00 a.m., in Courtroom 2; and

3. Trial is continued from September 13, 2005 to November 8, 2005, at 9:00 a.m., in Courtroom 2.

　　*NO FURTHER CONTINUANCES

DATED: 6/14/05             By: /s/ OLIVER W. WANGER
                               OLIVER W. WANGER
                               Judge of the United States
                               District Court

[Proposed] Order re Pre-trial Conference & Discovery Cut-off Continuance

BERGER KAHN
A Law Corporation

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action.  My business address is 2 Park Plaza, Suite 650, Irvine, California 92614-8516. I am employed by the law firm of Berger Kahn, A Law Corporation, in Orange County, California.

On June 9, 2005, I served the within document described as: **STIPULATION RE AND [PROPOSED] ORDER CONTINUING THE PRE-TRIAL CONFERENCE AND EXPERT DISCOVERY CUT-OFF**  on the interested parties in this action:

[X]   by placing [] the original [X] a true copy thereof enclosed in a single envelope [X] addressed as follows: [ ] addressed as stated on the attached mailing list:

Mark T. Quigley, Esq.
GREENE, BROILLET, PANISH & WHEELER, LLP
100 Wilshire Boulevard, Suite 2100
Santa Monica, CA 90407-2131

[X]   **BY MAIL** - I deposited such envelope for processing in the mail room in our offices.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.  I am aware that on motion of a party served, service is presume invalid if postal cancellation date or postage meter date is more than one day after the date of deposition for mailing in affidavit.

Executed this 9th day of June 2005, at Irvine, California.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: _____
LINDA D. OWEN

BERGER KAHN
*A Law Corporation*

Proof of Service

PDF created with pdfFactory trial version www.pdffactory.com