GREENE BROILLET & WHEELER, LLP
LAWYERS
100 WILSHIRE BOULEVARD, SUITE 2100
P.O. BOX 2131
SANTA MONICA, CALIFORNIA 90407-2131
TEL. (310) 576-1200
FAX. (310) 576-1220

(SPACE BELOW FOR FILING STAMP ONLY)

TIMOTHY J. WHEELER, State Bar No. 85381
MARK T. QUIGLEY, State Bar No. 123228

Attorneys for ____Plaintiffs____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SMITH, FERNANDEZ SMITH, and THE ESTATE OF BONNIE JOYCE SMITH<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY INSURANCE, CO. and DOES 1-100, inclusive<br><br>Defendants. | CASE NO. CIV F-02-5431 OWW SMS<br>Complaint: 4/19/02<br>District Judge: Oliver W. Wanger<br>Magistrate Judge: Sandra M. Snyder<br><br>**[ELECTRONIC FILING]**<br><br>**STIPULATION AND ORDER**<br><br>Trial Date: November 8, 2005 |

WHEREAS on September 2, 2005, plaintiffs and defendant filed a joint pre-trial statement, and plaintiffs inadvertently omitted a measure of relief sought, which was a claim of pre-judgement interest at seven percent (7%) per year since the accident; and,

WHEREAS on September 16, 2005, the Court made a Pre-Trial Order that did not reflect the measure of relief sought by plaintiffs, which was the claim of pre-judgment interest; and,

WHEREAS defendant does not agree that plaintiffs are entitled to the relief sought, which is the claim of pre-judgement interest at seven percent (7%) per year

since the accident, and reserves the right to object to and argue against plaintiffs' entitlement to such relief; but,

WHEREAS both plaintiffs and defendant do agree that the omission of the relief sought was the result of mistake, inadvertence, and excusable neglect, because previous drafts of the pre-trial statement included plaintiffs' claim of pre-judgment interest at seven percent (7%) per year since the accident;

IT IS HEREBY STIPULATED that the Pre-Trial Order may be amended to include a claim of relief for pre-judgment interest at seven percent (7%) per year since the accident.

SO STIPULATED:

DATED: _____, 2005        GREENE BROILLET & WHEELER, LLP

                              /s/_____
                              Mark T. Quigley
                              Attorney for Plaintiffs


DATED: _____, 2005        BERGER KAHN




                              /s/_____
                              Sherman M. Spitz
                              Ryan C. Tully
                              Attorneys for Defendant

GREENE BROILLET & WHEELER, LLP
LAWYERS
100 WILSHIRE BOULEVARD, SUITE 2100
P.O. BOX 2131
SANTA MONICA, CALIFORNIA 90407-2131
TEL. (310) 576-1200
FAX. (310) 576-1220

(SPACE BELOW FOR FILING STAMP ONLY)

TIMOTHY J. WHEELER, State Bar No. 85381
MARK T. QUIGLEY, State Bar No. 123228

Attorneys for _____ Plaintiffs _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SMITH, FERNANDEZ SMITH, and THE ESTATE OF BONNIE JOYCE SMITH<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY INSURANCE, CO. and DOES 1-100, inclusive<br><br>Defendants. | CASE NO. CIV F-02-5431 OWW SMS<br>Complaint: 4/19/02<br>District Judge: Oliver W. Wanger<br>Magistrate Judge: Sandra M. Snyder<br><br>**[ELECTRONIC FILING]**<br><br>**ORDER**<br><br>Trial Date: November 8, 2005 |

Having considered the submitted stipulation and good cause having been shown by plaintiffs.

IT IS SO ORDERED that the Pre-Trial Order be amended to include the measure of relief sought by plaintiffs, which is a claim of pre-judgement interest at seven percent (7%) per year since the accident.

DATED: 10/12/2005     **/s/Oliver W. Wanger**

Hon. Oliver W. Wanger

United States District Court Judge

[PROPOSED] Order

02cv5431.stip.wpd