UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN SMITH, et al., | ) | |
| | ) | |
| Plaintiff, | ) | 1:02-cv-5431 OWW SMS |
| v. | ) | |
| CONTINENTAL CASUALTY CO., et al., | ) | ORDER DISMISSING ACTION WITH PREJUDICE |
| Defendant | ) | |

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

Dated:   January 3, 2006         /s/ OLIVER W. WANGER
                                 _____
                                 OLIVER W. WANGER
                                 United States District Judge

1